John R. Benefiel
Michigan Bar No. P28970
jbenefiel@sbcglobal.net
525 Lewis Street
Birmingham, MI 48009

*Attorney for Plaintiffs*
*Joseph A. Zyskowski and devMarketing, Inc.*
_____/

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Joseph A. Zyskowski, an individual;<br>DevMarketing, Inc., a Nevada corporation | Case No. 2:10-cv-00062<br>Hon. Judge Larry Hicks |
| Plaintiffs,<br>V.<br>SalesTraq, Inc., a Nevada Corporation;<br>Defendant<br>_____/ | |

### STIPULATION AND ORDER FOR DISMISSAL

The parties hereby stipulate to the dismissal, with prejudice, of all claims asserted by each and against the other, each party to bear its own costs and attorney's fees, except to the extent of the payment by Larry Murphy and SalesTraq America, LLC provided for under the Settlement Agreement entered into by the parties.

| | |
|---|---|
| /s/ John R. Benefiel<br>John R. Benefiel<br>Attorney for Plaintiffs<br>525 Lewis Street<br>Birmingham, MI 48009<br>P: (248) 644-1455<br>F: (248) 644-6530 | /s/ Larry Murphy<br>SalesTraq, Inc.<br>Larry Murphy, President<br>Defendants<br>7332 Quail Heights Avenue<br>Las Vegas, Nevada 89131 |

ORDER

IT IS SO ORDERED.
DATED this 20th day of June, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE